

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Disciplinary Matter of<br><br>THOMAS E. FRANKOVICH<br><br>California State Bar No. 74414 | Case No. CV 06-2517 AHM, ABC, RGK (Under Seal)<br><br>ORDER OF REINSTATEMENT |

By Discipline Order filed on June 20, 2006, the following disciplinary sanctions were imposed on the above-named attorney:

(1) That Mr. Frankovich be suspended from practice in the Central District Court and all divisions thereof for a period of six months, such term to commence from the date of this order of the District Court.

(2) That Mr. Frankovich complete no less than four hours of continuing legal education on legal ethics in an in-person course by a provider approved by the California State Bar.

(3) That any application for reinstatement to the District Court be made to the Standing Committee on Discipline pursuant to Local Civil Rule 83-3.1.8.

(4) That any such reinstatement be accompanied by

proof of compliance with sanction no. 2, above.

On February 16, 2007, Mr. Frankovich filed an Motion/Application for Reinstatement. On March 19, 2007, Mr. Frankovich prepared a Supplemental Declaration in support of his Motion/Application for Reinstatement.

By letter dated April 2, 2007, from the Chair of Section 2 of the Standing Committee on Discipline to the Chair of the Standing Committee on Discipline, it was recommended that Mr. Frankovich's application for reinstatement be granted.

By letter dated April 17, 2007, from the Chair of the Standing Committee on Discipline to the Chief Judge, it was unanimously recommended that Mr Frankovich's application for reinstatement be granted.

Pursuant to Local Rule 83-3.1.8, the Chief Judge may, with the concurrence of the court's Executive Committee, adopt, modify, or reject the recommendation of the Standing Committee on Discipline concerning an application for reinstatement.

Based upon the foregoing, and with the concurrence of the Executive Committee, the recommendation is adopted, and

IT IS HEREBY ORDERED that Thomas E. Frankovich's application for reinstatement be granted, and he is hereby reinstated to practice before the Central District of California.

This Order shall be mailed to the current address of Mr. Frankovich on file with the State Bar of California.

DATED: October __11__, 2007.

_____
ALICEMARIE H. STOTLER
CHIEF U.S. DISTRICT JUDGE

## PROOF OF SERVICE

I, Lydia A. Yurtchuk, state: I am over the age of 18 years and not a party to the within action or proceeding.  My business address is 312 N. Spring Street, Room G-8, Los Angeles, California 90012.

On October 12, 2007, I served the foregoing document described as Order of Disbarment/Suspension in a sealed envelope addressed as follows: 2806 Van Ness Avenue, San Francisco, California   94109-1426

I deposited such envelope in the mail at Los Angeles, California, with first class postage thereon fully prepaid.  I am readily familiar with the business practice for collection and processing of correspondence for mailing.  Under that practice, it is deposited with the United States Postal Service on that same day, at Los Angeles, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2007, at Los Angeles, California.

_Lydia A. Yurtchuk_